IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JANET AVILES, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BAE SYSTEMS NORFOLK SHIP REPAIR, ) <br> INC. and BAE SYSTEMS SHIP REPAIR, INC., ) <br> ) <br>     Defendants. ) <br> ) | Case No.: 2:16-cv-00058-AWA-RJK |

## Notice of Settlement

Please take notice that the parties have reached agreement on the material terms of settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ Kenneth M. Willner | /s/ Jason Eric Messersmith |
| Kenneth M. Willner (VA Bar No. 28087) | Jason Eric Messersmith |
| PAUL HASTINGS LLP | Patricia Ann Melochick |
| 875 15th Street, N.W. | Patten Wornom Hatten & Diamonstein LC |
| Washington, D.C. 20005 | 12350 Jefferson Ave |
| Telephone: (202) 551-1700 | Suite 300 |
| Facsimile: (202) 551-1705 | Newport News, VA 23602 |
| kenwillner@paulhastings.com | (757) 223-4500 |
| | jshoemaker@pwhd.com |
| | jmessersmith@pwhd.com |
| | tmelochick@pwhd.com |

*Counsel for Defendants BAE Systems Norfolk Ship Repair, Inc. and BAE Systems Ship Repair, Inc.*

*Counsel for Plaintiffs*

/s/ Joshua Friedman
Joshua Friedman
Giselle Brianceschi Schuetz
Rebecca Houlding
Friedman & Houlding, LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
(888) 369-1119
josh@joshuafriedmanesq.com
giselle@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: */s/James H. Shoemaker, Jr*
James H. Shoemaker, Jr.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4500
Fax: (757) 223-4518
jshoemaker@phwd.com

*Local Counsel for Plaintiffs*