

FILED
APR 2 4 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Janet Aviles,

    Plaintiff,

v.                                                    Case No.  2:16cv58

BAE Systems Norfolk Ship Repair, Inc.

BAE Systems Ship Repair, Inc.,

    Defendants,

## ORDER

    The parties herein have reported to the court that this matter is settled.   It is, therefore,

    **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice.   Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

    The Clerk shall forward copies of this order to all counsel of record .

April 24, 2018

Arenda L. Wright Allen
United States District Judge
Arenda W. Allen, U.S District Judge